UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
In re:

                                            Chapter 7
                                            Case No. 20-12157 (JLG)

Flywheel Sports Parent, Inc.,

_____X
In re:

                                            Chapter 7
                                            Case No. 20-12158 (JLG)

Flywheel Sports, Inc.,

_____X
In re:

                                            Chapter 7
                                            Case No. 20-12159 (JLG)

Flywheel Denver Union Station, LLC.
_____X
In re:

                                            Chapter 7
                                            Case No. 20-12160 (JLG)

Flywheel Astor Place LLC,
_____X
In re:

                                            Chapter 7
                                            Case No. 20-12161 (JLG)

Flywheel Buckhead LLC,

_____X
 In re:

                                            Chapter 7
                                            Case No. 20-12162 (JLG)

Flywheel CCDC, LLC,
_____X
In re:

                                            Chapter 7
                                            Case No. 20-12163 (JLG)

Flywheel NM, LLC,
_____X
In re:

                                            Chapter 7
                                            Case No. 20-12164 (JLG)

Flywheel Domain, LLC,
_____X

| | |
|---|---|
| In re:<br><br>Flywheel Playa Vista, LLC, | Chapter 7<br>Case No. 20-12165 (JLG) |
| In re:<br><br>Flywheel Park Avenue, LLC, | Chapter 7<br>Case No. 20-12166 (JLG) |
| In re:<br><br>Flywheel San Francisco, LLC, | Chapter 7<br>Case No. 20-12167 (JLG) |
| In re:<br><br>Flywheel Santa Monica, LLC, | Chapter 7<br>Case No. 20-12168 (JLG) |
| In re:<br><br>Flywheel Williamsburg, LLC, | Chapter 7<br>Case No. 20-12169 (JLG) |
| In re:<br><br>Flywheel Topanga, LLC, | Chapter 7<br>Case No. 20-12170 (JLG) |
| In re:<br><br>Flywheel Sports Scottsdale, LLC, | Chapter 7<br>Case No. 20-12171 (JLG) |
| In re:<br><br>Flywheel Walnut Creek, LLC, | Chapter 7<br>Case No. 20-12172 (JLG) |

# ORDER GRANTING TRUSTEE'S APPLICATION FOR AN ORDER ESTABLISHING JOINT ADMINISTRATION AND NOTICE PROCEDURES IN THE RELATED CASES

Angela Tese-Milner, Esq., the Chapter 7 Trustee (hereinafter "**Trustee**") of the estates of Flywheel Sports Parent, Inc., and its affiliated companies [1] (hereinafter "**Debtors**"), by her attorneys the Law Firm of Tese & Milner, submits this application (hereinafter "**Application**") for an order, pursuant to Federal Rule of Bankruptcy Procedure (F.R.B.P.) Rule 1015(b), authorizing joint administration of the Chapter 7 Cases and establishing notice procedures pursuant to F.R.B.P. Rule 2002, and this Court having found that the Trustee's notice of the Application and opportunity for a hearing were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Application and no objection having been submitted; and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that Notice of the Application as provided herein shall be deemed good and sufficient notice of such Application and the requirements of Bankruptcy Rules and the Local Rules are satisfied by such notice; and it is further

ORDERED that the notice procedures as set forth in the Application be and they hereby are approved, which provides notice of all pleadings to the Debtors' attorneys, the Secured Creditor and its attorneys, The United States Trustee, all parties who have filed a notice of

---

[1] The 16 affiliated debtors and their applicable case numbers are as follows: Flywheel Sports Parent, Inc. (20-12157), Flywheel Sports, Inc. (20-12158), Flywheel Denver Union Station, LLC (20-12159), Flywheel Astor Place LLC (20-12160), Flywheel Buckhead LLC (20-12161), Flywheel CCDC, LLC (20-12162), Flywheel NM LLC (20-12163), Flywheel Domain LLC (20-12164), Flywheel Playa Vista, LLC (20-12165), Flywheel Park Avenue LLC (20-12166), Flywheel San Francisco, LLC (20-12167), Flywheel Santa Monica, LLC (20-12168), Flywheel Williamsburg LLC (20-12169), Flywheel Topanga, LLC (20-12170), Flywheel Sports Scottsdale, LLC (20-12171), and Flywheel Walnut Creek LLC (20-12172).

appearance in the jointly administered cases, and all entities affected by the relevant pleadings; and it is further

ORDERED that the Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Application; and it is further

ORDERED that this Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order; and it is further

ORDERED that The Chapter 7 Bankruptcy Cases shall be jointly ~~consolidated~~ **administered for procedural purposes only [JLG]** under the following caption:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
In re:

                                                          Chapter 7
                                                        Case No. 20-12157 (JLG)

Flywheel Sports Parent, Inc., *et al.*,

                      Debtors[1]                      Jointly administered
_____X

[1] The Debtors filing voluntary petitions for relief under Chapter 7 are Flywheel Sports, Inc. (20-12158), Flywheel Denver Union Station, LLC (20-12159), Flywheel Astor Place LLC (20-12160), Flywheel Buckhead LLC (20-12161), Flywheel CCDC, LLC (20-12162), Flywheel NM LLC (20-12163), Flywheel Domain LLC (20-12164), Flywheel Playa Vista, LLC (20-12165), Flywheel Park Avenue LLC (20-12166), Flywheel San Francisco, LLC (20-12167), Flywheel Santa Monica, LLC (20-12168), Flywheel Williamsburg LLC (20-12169), Flywheel Topanga, LLC (20-12170), Flywheel Sports Scottsdale, LLC (20-12171), and Flywheel Walnut Creek LLC (20-12172).

; and it is further

ORDERED that an entry be made on the docket of each of the Debtors' Chapter 7 cases, other than Flywheel Sports Parent, Inc., that is substantially similar to the following;

> "An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 7 cases commenced by Flywheel Sports Parent, Inc. and its affiliates, in accordance with F.R.B.P. 1015(b). All further pleadings and other papers shall be filed in, and all further docket entries shall be made in Case No. 12157(JLG)";

and it is further

ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the Debtors' Chapter 7 Cases.

Dated: October 11, 2020
      New York, New York

                                  /s/ *James L. Garrity, Jr.*
                                  United States Bankruptcy Judge