AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
Ira Dizengoff
Jason Rubin

*Counsel to FW AIV LLC and Kennedy Lewis Investment Management, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 7 |
| FLYWHEEL SPORTS PARENT, INC., *et al.*, | Case No. 20-12157 |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that FW AIV LLC and Kennedy Lewis Investment Management, LLC hereby enters their appearance by and through their counsel, Akin Gump Strauss Hauer & Feld LLP, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and respectfully requests, pursuant to Bankruptcy Rules 2002, 9007 and 9019 and Bankruptcy Code section 1109(b), that copies of all notices given or required to be given in the above-captioned cases and all papers served or required to be served in such cases be served upon the following:

> **AKIN GUMP STRAUSS HAUER & FELD LLP**
> One Bryant Park
> New York, New York 10036
> Tel: (212) 872-1000
> Fax: (212) 872-1002
> Ira S. Dizengoff
> idizengoff@akingump.com
> Jason Rubin
> jrubin@akingump.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code section 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleadings or other request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, electronic mail or otherwise, that is filed or given in connection with the above captioned cases.

**PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of FW AIV LLC and Kennedy Lewis Investment Management, LLC, including, without limitation: (i) to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Southern District of New York (the "District Court"); (ii) to have a trial by jury in any proceeding so triable in these chapter 11 cases or any case, controversy, or proceeding related to these chapter 11 cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; and (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which FW AIV LLC or Kennedy Lewis Investment Management, LLC may be entitled under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys request that they be added to the official service list for notice of all contested matters, adversary proceedings and other proceedings in these cases.

Dated: October 23, 2020
    New York, New York        AKIN GUMP STRAUSS HAUER & FELD LLP

By:  */s/ Ira S. Dizengoff*
     Ira S. Dizengoff
     Jason Rubin
     One Bryant Park
     New York, New York 10036
     Tel: (212) 872-1000
     Fax: (212) 872-1002
     idizengoff@akingump.com
     jrubin@akingump.com

*Counsel to FW AIV LLC and Kennedy Lewis Investment Management, LLC*