UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————X
In re:

                                      Chapter 7
                                      Case No. 20-12157 (JLG)

Flywheel Sports Parent, Inc., *et al.*,

                  Debtors[1]                    Jointly administered
——————————————————————X

# ORDER GRANTING TRUSTEE'S APPLICATION FOR AN ORDER AUTHORIZING REJECTION OF LEASES AND ABANDONMENT OF REMAINING INVENTORY *NUNC PRO TUNC* TO PETITION DATE

Angela Tese-Milner, Esq., the Chapter 7 Trustee (hereinafter "**Trustee**") of the Chapter 7 estates of Flywheel Sports Parent, Inc., and its affiliated companies [1] ( "**Debtors**"), by her attorneys, the Law Firm of Tese & Milner, having submitted an application pursuant to sections 365 and 554 of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 6007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") ("**Application**") for an order authorizing her to reject the Debtors' Leases ("**Leases**"), as set forth in Exhibit A to the Application, and to abandon the Remaining Inventory, as that term is defined in the Application, *nunc pro tunc* to the Petition Date, and the Trustee having decided in the exercise of her business judgment that the Leases should be rejected and the Remaining Inventory abandoned, and after a hearing on notice, and the relief requested appearing reasonable, now therefor, it is:

        **ORDERED** that the Leases be and they hereby are rejected *nunc pro tunc* to the

---

[1] The 16 affiliated debtors and their applicable case numbers are as follows: Flywheel Sports Parent, Inc. (20-12157), Flywheel Sports, Inc. (20-12158), Flywheel Denver Union Station, LLC (20-12159), Flywheel Astor Place LLC (20-12160), Flywheel Buckhead LLC (20-12161), Flywheel CCDC, LLC (20-12162), Flywheel NM LLC (20-12163), Flywheel Domain LLC (20-12164), Flywheel Playa Vista, LLC (20-12165), Flywheel Park Avenue LLC (20-12166), Flywheel San Francisco, LLC (20-12167), Flywheel Santa Monica, LLC (20-12168), Flywheel Williamsburg LLC (20-12169), Flywheel Topanga, LLC (20-12170), Flywheel Sports Scottsdale, LLC (20-12171), and Flywheel Walnut Creek LLC (20-12172).

Petition Date; and it is further

**ORDERED** that the Remaining Inventory be and it hereby is abandoned *nunc pro tunc* to the Petition Date; and it is further

**ORDERED** that, the Court shall retain jurisdiction to hear and to determine all matters arising from, or relating to, the implementation of this Order.

Dated: New York, New York
      November   , 2020      _____
                                                     Honorable James L. Garrity
                                                     United States Bankruptcy Judge