**Angela Tese-Milner, Esq.**
**Tese & Milner**
**735 Wickham Avenue**
**P.O. Box 35**
**Mattituck, New York 11952**
**212-475-3673**
**Proposed Counsel to the Trustee**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――X
**In re:**
                                          **Chapter 7**
                                          **Case No. 20-12157 (JLG)**

**Flywheel Sports Parent, Inc,** *et al.*,
                   **Debtors.**[1]       **Jointly Administered**
―――――――――――――――――――――X

### TRUSTEE'S STATUS REPORT PURSUANT TO DECEMBER 1, 2020 HEARING

**TO THE HONORABLE JAMES L. GARRITY, JR.**
**UNITED STATES BANKRUPTCY JUDGE:**

        Angela Tese-Milner, Esq., the Chapter 7 trustee (hereinafter "**Trustee**") for the estates of **Flywheel Sports Parent, Inc,** *et al.* (hereinafter "**Debtors**") submits this Status Report pursuant to the request of the Court at the hearing on December 1, 2020.

        1.      On September 14, 2020 (the "**Filing Date**"), each of the Debtors filed bareboned voluntary petitions for relief with the Court under chapter 7 of the Bankruptcy Code. On October 13, 2020, the Debtors filed schedules. The Debtors consist of the holding company, Flywheel Sports

---

[1] The 16 affiliated debtors and their applicable case numbers are as follows: Flywheel Sports Parent, Inc. (20-12157), Flywheel Sports, Inc. (20-12158), Flywheel Denver Union Station, LLC (20-12159), Flywheel Astor Place LLC (20-12160), Flywheel Buckhead LLC (20-12161), Flywheel CCDC, LLC (20-12162), Flywheel NM LLC (20-12163), Flywheel Domain LLC (20-12164), Flywheel Playa Vista, LLC (20-12165), Flywheel Park Avenue LLC (20-12166), Flywheel San Francisco, LLC (20-12167), Flywheel Santa Monica, LLC (20-12168), Flywheel Williamsburg LLC (20-12169), Flywheel Topanga, LLC (20-12170), Flywheel Sports Scottsdale, LLC (20-12171), and Flywheel Walnut Creek LLC (20-12172).

Parent, Inc. (20-12157) (hereinafter "**Parent Company**"); the Operating Company, Flywheel Sports, Inc. (20-12158) (hereinafter "**Operating Company**"); and the affiliated spin bike boutiques and barre studios (hereinafter "**Studios**"), which were located throughout the United States.

2. Shortly after the Filing Date, the Trustee contacted the Debtors and ascertained that the operations, and operational data for the Debtors, including the Studios, were centralized in the Operating Company, and were cloud based utilizing Oracle/Netgear. The Debtors' Operations were centralized under the Operating Company and hard copy of operational and corporate documentation was located at the Parent and Operating Headquarters located at 53-7 West 23rd thru 34 West 24th NYC (hereinafter "**Headquarters**"). The Professionals retained by the Trustee arranged to retrieve the software data from Oracle/Netgear and, on November 2, 2020 and thereafter, accessed the Headquarters retrieving approximately 61 boxes of documentation, which is now stored with MYC Associates, Inc. (hereinafter "**MYC**") as Special Liquidator and Custodian (retention effective October 21, 2020, ECF No. 60.)

3. Following the December 1, 2020 Hearing, the Trustee contacted the Debtors' former president, Travis Frenzel, the signatory on the Petitions, concerning any documentation that may be located at the Studios. The Trustee was informed by Mr. Frenzel that Flywheel never possessed or required medical records, a standard liability waiver was electronically filled out (common practice in fitness). This waiver was accomplished electronically by use of cell phone and stored in the cloud. However, Mr; Frenzel stated that the older Legacy Studios may have contained dated employee information in the managers' back offices. As a result, MYC has contacted the Landlords of the following locations, and is arranging to access these locations over the next four days: 53-7 West 23rd thru 34 West 24th NYC; 37-39 West 21st Street, New York, New York; 800 Boylston Street, Boston, MA 02199; 71 Spear Street, San Francisco, CA 94105; 710 North State Street, Chicago, IL

60654; 1521 Locust Street, Philadelphia; 150 Amsterdam Avenue, New York, New York; Scarsdale, New York, New York; East Hampton, New York, New York; 245 W. 17th Street, New York, New York; Raleigh, N.C., 150 Amsterdam Avenue, New York, New York; 415 Greenwich Street, New York, New York.; 37-39 West 21st Street, New York, New York, and apartment above location.

4. MYC will also revisit headquarters to reinspect and retrieve additional documentation, as necessary. MYC has already contacted all landlords and has commenced the inspection and retrieval of documentation as necessary, and of employee records, should any be located, and is striving to accomplish this task within the next four days. The Trustee's accountants, CBIZ, N.Y. has already accessed the East Hampton Studio and retrieved records. CBIZ, N.Y. reported that there was minimal employee material on premises, which they retrieved.

Respectfully Submitted,

Dated: Mattituck, New York
December 3, 2020

Tese & Milner
Proposed Counsel to the Trustee

By: /s/ A .Tese-Milner, Esq.
**735 Wickham Avenue
P.O. Box 35
Mattituck, New York 11952
212-475-3673**