**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| FLYWHEEL SPORTS PARENT, INC., | Case No. 20-12157-jlg |
| Debtor. | **NOTICE OF WITHDRAWAL OF CLAIM** |

PLEASE TAKE NOTICE, that Benvolio Ventures LLC - Series Flywheel withdraws Claim #27 filed by it herein against the above-named Debtor, pursuant to Rule 3006.

Dated: New York, New York
      February 2, 2021

AMINI LLC

/s/ Jeffrey Chubak
Bijan Amini
Jeffrey Chubak
AMINI LLC
131 West 35th Street, 12th Floor
New York, NY 10001
(212) 490-4700
bamini@aminillc.com
jchubak@aminillc.com
*Attorneys for Creditor Benvolio Ventures LLC - Series Flywheel*