ARCHER & GREINER, P.C.
1211 Avenue of the Americas
New York, New York 10036
Gerard DiConza (gdiconza@archerlaw.com)
Lance A. Schildkraut (lschildkraut@archerlaw.com)
Tel: (212) 682-4940

*Co-Counsel for the Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re

FLYWHEEL SPORTS PARENT, INC., *et al.*,    Chapter 7
                                            Case Nos. 20-12157 (JLG)

              Debtors.[1]          (Jointly Administered)
------------------------------------------------------------x

## NOTICE OF ADJOURMENT OF TRUSTEE'S
## OBJECTION TO ADMINISTRATIVE EXPENSE CLAIM NO. 110
## FILED BY 150 AMSTERDAM AVENUE HOLDINGS LLC

**PLEASE TAKE NOTICE** that the hearing to consider the Chapter 7 Trustee's

Objection to the Administrative Expense Claim No. 110 filed against Flywheel Sports Inc. (Case

No. 20-12158) [ECF 123] has been adjourned to July 27, 2021 at 10:00 a.m.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Flywheel Sports Parent, Inc. (9114), Flywheel Sports, Inc. (5002), Flywheel Astor Place LLC (5002), Flywheel Buckhead LLC (5002), Flywheel CCDC, LLC (5002), Flywheel NM LLC (5002), Flywheel Park Avenue LLC (5002), Flywheel Playa Vista, LLC (5002), Flywheel San Francisco, LLC (5002), Flywheel Topanga, LLC (5002 ), Flywheel Walnut Creek LLC (5002), Flywheel Sports Scottsdale, LLC (5002), Flywheel Santa Monica, LLC (5002), Flywheel Williamsburg LLC (5002), Flywheel Domain LLC (5002), and Flywheel Denver Union Station, LLC (5002).

Dated: June 3, 2021
    New York, New York			ARCHER & GREINER, P.C.

					By:	/s/ Gerard DiConza
						Gerard DiConza
						Lance A. Schildkraut
						1211 Avenue of the Americas
						New York, New York 10036
						Tel:  (212) 682-4940
						Email:  gdiconza@archerlaw.com
						              lschildkraut@archerlaw.com