# **EXHIBIT A**

# **SPREADSHEET**

221588225v1

**FLYWHEEL SPORTS PARENT, INC.**
**Jointly Administered Ch 7 Case No. 20-12157 (JLG)**
**150 Amsterdam Admin Claim Analysis**

| Ground Floor Rent and Other Charges | Asserted Amount | Revised Allowed Amount | Notes |
|---|---|---|---|
| 9/14/20 - 9/30/20 | $19,297.13 | $16,188.93 | |
| 10/1/20 - 10/31/20 | $29,262.95 | $29,262.95 | |
| 11/1/20 - 11/30/20 | $31,030.54 | $31,470.15 | |
| 12/1/2020 - 12/1/20 | $28,649.01 | $940.86 | |
| Property Taxes Prorated | | $7,663.36 | $99.52 * 77 days |
| Total: | $108,239.63 | $85,526.25 | |

| Lower Level Rent & Other Charges | Asserted Amount | Revised Allowed Amount | Notes |
|---|---|---|---|
| 9/14/20 - 9/30/20 | $44,659.80 | $8,078.99 | |
| 10/1/20 - 10/31/20 | $15,358.50 | $15,358.50 | |
| 11/1/20 - 11/30/20 | $20,445.99 | $19,489.99 | |
| 12/1/2020 - 12/1/20 | $52,104.92 | $504.93 | |
| Property Taxes Pro-rated | | $15,503.96 | $201.35 * 77 days |
| Total: | $132,569.21 | $58,936.37 | |
| | | | |
| Total Revised Allowed Amount: | $240,808.84 | $144,462.62 | |

| Revised Amount Calculation - Ground Level | | | |
|---|---|---|---|
| 9/14/20 - 9/30/20 | | | |
| Rent | | $14,702.66 | 16 days per diem rent at $918.91 |
| Elv | | $362.91 | 16 days pro-rated at $22.68 per day |
| Elev Maintenance | | $1,123.36 | |
| Sept Total | | $16,188.93 | |
| 10/1/20 - 10/31/20 | | | |
| rent | | $27,950.38 | |
| elv | | $680.47 | |
| water | | $40.10 | |
| Legal Fees | | $592.00 | |
| Oct Total | | $29,262.95 | |
| 11/1/20 - 11/30/20 | | | |
| rent | | $27,950.38 | |
| Elv | | $680.47 | |
| Legal Fees | | $2,359.68 | |
| Water | | $40.00 | |
| Water 8/28-9/28 | | $151.07 | pro-rated at $10.79 per day * 14 |
| Chilled Water | | $288.55 | |
| Nov Total | | $31,470.15 | |
| 12/1/2020 - 12/1/20 | | | |
| ELV | | $21.95 | pro-rated |
| rent | | $918.91 | pro-rated |
| Dec Total | | $940.86 | |

| Revised Amount - Lower Level | | | |
|---|---|---|---|
| 9/14/20 - 9/30/20 | | | |
| rent | | $8,078.99 | Pro-rated rent - 16 days at $504.93 |
| Sept Total | | $8,078.99 | |
| 10/1/20 - 10/31/20 | | | |
| rent | | $15,358.50 | |
| Oct Total | | $15,358.50 | |
| 11/1/20 - 11/30/20 | | | |
| rent | | $15,358.50 | |
| water | | $2,339.90 | |
| water | | $1,791.59 | |
| Nov Total | | $19,489.99 | |
| 12/1/2020 - 12/1/20 | | | |
| rent | | $504.93 | pro-rated |
| Dec Total | | $504.93 | |