UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:

FLYWHEEL SPORTS PARENT, INC., *et al.*,

                  Debtors.[1]

------------------------------------------------------------x

Chapter 7
Case Nos.: 20-12157 (JLG)

(Jointly Administered)

### ORDER REDUCING ADMINISTRATIVE EXPENSE CLAIM NO. 110
### FILED BY 150 AMSTERDAM AVENUE HOLDINGS LLC

Upon the Objection dated March 31, 2021 [ECF 123] (the "Objection"), of Angela Tese-

Milner, the chapter 7 trustee (the "Trustee") for the above-captioned debtors (collectively, the

"Debtors"), seeking an Order, pursuant to Rule 3007 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), reducing Administrative Expense Claim No. 110 filed

against Flywheel Sports, Inc. (Case No. 20-12158) ("Administrative Expense Claim No. 110"),

all as more fully described in the Objection; and upon the Response filed by 150 Amsterdam

Avenue Holdings LLC ("150 Amsterdam") [ECF 135] and the Trustee's Reply [ECF 156]; and

the Court having reviewed and considered the Objection and responses thereto; and a hearing to

the consider the Objection and responses thereto having been held on July 27, 2021; and counsel

for the Trustee and 150 Amsterdam having informed the Court that the parties agreed to the

reduction of Administrative Expense Claim No. 110 as set forth herein; and after due

deliberation thereon; and good and sufficient cause appearing therefor, it is hereby:

---

[1]      The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Flywheel Sports Parent, Inc. (9114), Flywheel Sports, Inc. (5002), Flywheel Astor Place LLC (5002), Flywheel Buckhead LLC (5002), Flywheel CCDC, LLC (5002), Flywheel NM LLC (5002), Flywheel Park Avenue LLC (5002), Flywheel Playa Vista, LLC (5002), Flywheel San Francisco, LLC (5002), Flywheel Topanga, LLC (5002 ), Flywheel Walnut Creek LLC (5002), Flywheel Sports Scottsdale, LLC (5002), Flywheel Santa Monica, LLC (5002), Flywheel Williamsburg LLC (5002), Flywheel Domain LLC (5002), and Flywheel Denver Union Station, LLC (5002).

**ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Objection is granted to the extent set forth herein.

2.      The Administrative Expense Claim No. 110 shall be reduced to $145,235.37 and

allowed in such amount solely against the Flywheel Sports, Inc. (Case No. 20-12158).

3.      This Court shall retain jurisdiction to interpret, implement and enforce this Order.

Dated: August 2, 2021
       New York, New York

/s/ *James L. Garrity, Jr.*
HONORABLE JAMES L. GARRITY, JR.
UNITED STATES BANKRUPTCY JUDGE